# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

OSCAR LENTON, SR.,  *
                    *
    Petitioner,     *
                    *   CIVIL ACTION NO.: 2:15-cv-143
v.                  *
                    *
J.V. FLOURNOY,      *
                    *
    Respondent.     *

## ORDER

Presently before the Court is the Magistrate Judge's May 20, 2016, Report and Recommendation, dkt. no. 13, to which no objections have been filed. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Petitioner's Petition for writ of habeas corpus as amended, filed pursuant to 28 U.S.C. § 2241, dkt. nos. 1, 12. Further, the Court **DENIES** Petitioner leave to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)